# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD,<br><br>　　　　Plaintiff<br><br>v.<br><br>THE KROGER COMPANY,<br><br>　　　　Defendant | Case No.: 2:18-cv-01156-APG-CWH<br><br>**Order Denying Motion for Default Judgment**<br><br>[ECF No. 6] |

Plaintiff Milton O. Crawford filed a motion for default judgment, attempting to obtain a judgment in a separate case, 2:12-cv-00122-GMN-GWF. ECF No. 6. I deny the motion because Crawford cannot revive that case or obtain judgment in that case by filing a motion for default judgment in this case. To the extent Crawford is seeking a default judgment in this case, his motion is premature.

IT IS THEREFORE ORDERED that plaintiff Milton Crawford's motion for default judgment **(ECF No. 6) is DENIED**.

DATED this 8th day of November, 2018.

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE