# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD, | Case No.: 2:18-cv-01156-APG-CWH |
| Plaintiff | **Order Overruling Objection** |
| v. | [ECF No. 53] |
| KROGER COMPANY, | |
| Defendant | |

IT IS ORDERED that plaintiff Milton Crawford's objection **(ECF No. 53) is OVERRULED.**

DATED this 19th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE