# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD,<br><br>    Plaintiff<br><br>v.<br><br>KROGER COMPANY,<br><br>    Defendant | Case No.: 2:18-cv-01156-APG-CWH<br><br>**Order Denying Motion**<br><br>[ECF No. 55] |

IT IS ORDERED that plaintiff Milton Crawford's amended motion to vacate **(ECF No. 55) is DENIED.**

DATED this 22nd day of March, 2019.

 

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE